#24

AO 455(Rev. 5/85) Waiver of Indictment

***UNITED STATES DISTRICT COURT***

***SOUTHERN DISTRICT OF CALIFORNIA***

FILED
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

v.

OMAR OLGUIN-PEREZ

**WAIVER OF INDICTMENT**

08CR2182-JLS

CASE NUMBER: 08MJ1774

I, OMAR OLGUIN-PEREZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/30/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X omar olguin
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer